**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: James F. Sweeney (JFS-7745)
NH&S File No.: 30000325 JFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ARCELOR INTERNATIONAL AMERICA LLC,

                Plaintiffs,

   -against-

M/V OCEANTHI, her engines, boilers, etc.,
HYUNDAI MERCHANT MARINE CO. LTD.,
and OCEANTHI SPECIAL MARITIME
ENTERPRISE,

                Defendants.
-------------------------------------------------------X

Case No.: 07 Civ. ( )

**07 CIV 6762**

**JUDGE PRESKA**

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    ARCELOR –MITTAL (parent)

Dated: New York, New York
       July 26, 2007

                                          James F. Sweeney (JFS-7745)