UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ARCELOR INTERNATIONAL AMERICA, INC.

V.

M/V OCEANTHI, et al.

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ 6762 (LAP)(DF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

___ All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Aug. 7, 2007

_Loretta A. Preska_
United States District Judge

Returned to chambers for scanning on 8/10/07
Scanned by chambers on 8/14/07